# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Environmental Chemical Corporation | ) | ASBCA Nos. 60651, 60743, 60744 |
| | ) | |
| Under Contract Nos. FA8903-06-D-8511 | ) | |
| FA8903-04-D-8672 | ) | |

APPEARANCES FOR THE APPELLANT:

Richard B. Oliver, Esq.
  Pillsbury Winthrop Shaw Pittman LLP
  Los Angeles, CA

Glenn A. Sweatt, Esq.
  Pillsbury Winthrop Shaw Pittman LLP
  Palo Alto, CA

APPEARANCES FOR THE GOVERNMENT:

Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
Anna F. Kurtz, Esq.
Capt Ryan P. Payne, USAF
  Trial Attorneys

## ORDER OF DISMISSAL

After questions were raised as to the Board's jurisdiction over ASBCA Nos. 60651, 60743, and 60744, appellant filed protective claims and appeals which were docketed as ASBCA Nos. 61114, 61115, 61116, and 61159. The parties concur that the first set of appeals may be dismissed without prejudice to the prosecution of the second set of appeals.

Accordingly, ASBCA Nos. 60651, 60743, and 60744 are dismissed without prejudice to the prosecution of ASBCA Nos. 61114, 61115, 61116, and 61159.

Dated: 26 September 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60651, 60743, 60744, Appeals of Environmental Chemical Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals